UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | CRIM. NO. 21-cr-10350-LTS |
| ) | |
| ROBERT OSTRANDER, ) | |
| Defendant. ) | |

**MOTION FOR DETENTION HEARING**

NOW COMES the defendant, ROBERT OSTRANDER, and moves that the Court schedule a detention hearing at a time convenient to it on **Wednesday, March 9, 2022**, or subsequent date and time convenient to the Court. Mr. Ostrander is currently held pursuant to a voluntary order.

This motion is made in consultation with Probation and the government.

It is requested that the hearing be conducted via Zoom, so as to facilitate the attendance of Mr. Ostrander's proposed third-party custodian, who has been interviewed by Probation.

WHEREFORE, Mr. OSTRANDER requests the Court schedule a detention hearing for Wednesday, March 9, 2022, or subsequent date convenient to the Court.

Respectfully submitted,

ROBERT OSTRANDER,
By his attorney,

/s/Ian Gold

Ian Gold (BBO #665948)
185 Devonshire Street, Suite 302
Boston, MA 02110
(617) 297-7686 (office & mobile)
ian.gold@iangoldlaw.com

March 4, 2022

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this date, Mar. 4, 2022..

/s/ Ian Gold