UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROBERT OSTRANDER,<br>    Defendant | CRIMINAL No. 21-cr-10350-LTS |

GOVERNMENT'S MOTION TO CONTINUE
HEARING REGARDING ROBERT OSTRANDER

The United States of America, by Rachael S. Rollins, United States Attorney, and Nadine Pellegrini, Assistant United States Attorney for the District of Massachusetts, files this Motion to request a continuance of the hearing currently set for Friday, April 22, 2022 with respect to Defendant Robert Ostrander.

As basis for this motion, undersigned counsel is traveling out of the district for work-related issues and will not return until after the current hearing date.  Due to the fact that many colleagues are away from the office during this week for either work or personal reasons and that others are currently engaged on trial, the government does not have the ability to fully brief another AUSA on the issues to be addressed during the hearing.

Therefore, the government respectfully requests that the hearing be continued until a date and time during the week starting April 25, 2022 that is convenient to the court and to the parties.

Respectfully submitted,

RACHAEL S. ROLLINS
United States Attorney

By:   */s/ Nadine Pellegrini*
      NADINE PELLEGRINI
      Assistant United States Attorney
      617/748-3261

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                              */S/ Nadine Pellegrini*
                                              NADINE PELLEGRINI
                                              Assistant United States Attorney

Date: April 20, 2022